IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARL E. STIEBING,<br><br>             Plaintiff,<br><br>  vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>             Defendant. | **8:19CV428**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Bryant A. Andrews, as counsel of record for Defendant, (Filing No. 20), is granted. Bryant A. Andrews shall no longer receive electronic notice in this case.

Dated this 10th day of September, 2021.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge